UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| JAMES GEMELAS, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>THE DANNON COMPANY, INC.,<br><br>                  Defendant. | No. 1:08-cv-00236<br><br>CLASS ACTION<br><br>Judge Dan Aaron Polster |

STIPULATION OF AMENDMENT TO SETTLEMENT AND [PROPOSED] ORDER

A/73384277.1
A/73384297.1

Pursuant to Section XI.G of the Amended Stipulation of Settlement, approved by the Court on January 27, 2010, plaintiff James Gemelas, on behalf of himself and each of the Settlement Class Members and their Class Counsel authorized to settle this Litigation on their behalf, and Defendant The Dannon Company, Inc. ("Defendant" or "Dannon") and its counsel of record in this Litigation, hereby amend Section IV.B(3)(a) of the Amended Stipulation of Settlement filed with the Court on January 20, 2010. Section IV.B(3)(a) shall be amended to read as follows:

    **(a)**    No term or provision of this Agreement shall be in effect or otherwise enforceable against Defendant if such term or provision is in conflict or inconsistent with a Consent Order, judicial decree, Closing Letter or other memorialized understanding between Defendant and the Federal Trade Commission (FTC), any state Attorneys General, or other state consumer protection agency (collectively "Government Entity"), relating to the advertising or promotion of the Products, it is being understood by the Parties that in such conflicting circumstances the equitable relief obtained by any such Government Entity shall govern and Defendant shall be required to comply therewith. In the event the parties dispute whether there is such a conflict or inconsistency, such dispute shall be resolved by the Court upon application by either party.

LA: 633000v1
A/73384277.1
A/73384297.1

Respectfully submitted,

DATED: ~~April~~ May 20, 2010

BLOOD HURST & O'REARDON LLP
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II

*Timothy G. Blood / by David D Yeagley / per telephone authorization*
_____
TIMOTHY G. BLOOD

600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
leslieh@bholaw.com
toreardon@bholaw.com


CLIMACO, LEFKOWITZ, PECA, WILCOX
& GAROFOLI CO., L.P.A.
JOHN R. CLIMACO
SCOTT D. SIMPKINS
DAVID M. CUPPAGE
PATRICK G. WARNER

55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216/621-8484
216/771-1632 (fax)
jrclim@climacolaw.com
sdsimp@climacolaw.com
dmcupp@climacolaw.com
pgwarn@climacolaw.com


PISCITELLI LAW FIRM
FRANK E. PISCITELLI, JR.

55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216/931-7000
216/931-9925 (fax)
frank@piscitellilaw.com

LA: 633000v1
A/73384277.1
A/73384297.1

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
JONATHAN M. TEIN
CULLIN A. O'BRIEN

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jstein@csgrr.com
cobrien@csgrr.com

SHEPHERD FINKELMAN MILLER
 & SHAH, LLP
JAYNE A. GOLDSTEIN

1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:  954/515-0123
954/515-0124 (fax)
jgoldstein@sfmslaw.com

SCOTT KALISH CO., L.L.C.
D.SCOTT KALISH
1468 West 9th Street, Suite 405
Cleveland, OH 44113
Telephone:  216/502-0570
scottkalishcillc@cs.com

GILMAN AND PASTOR, LLP
DAVID PASTOR
63 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Telephone:  617/742-9700
617/742-9701 (fax)
dpastor@gilmanpastor.com

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO
PAMELA GILBERT
507 C Street, N.E.
Washington, DC  20002
Telephone:  202/789-3960
202/789-1813 (fax)
jonc@cuneolaw.com
pamelag@cuneolaw.com

EMERSON POYNTER LLP
SCOTT E. POYNTER
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201
Telephone:  501/907-2555
501/907-2556 (fax)

Attorneys for Plaintiff

LA: 633000v1
A/73384277.1
A/73384297.1

DATED: ~~April~~ May 20, 2010

BINGHAM MCCUTCHEN LLP
BRUCE A. FRIEDMAN

*Bruce A. Friedman/ by David* [signature]
_____
BRUCE A. FRIEDMAN

Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000


ARNOLD & PORTER LLP
ANGEL A. GARGANTA
TRENTON H. NORRIS
BETH H. PARKER

275 Battery Street, Suite 2700
San Francisco, CA  941111-3823
Telephone: (415) 356-3000
Facsimile:  (415) 356-3099

Attorneys for Defendant

In accordance with the Court's Order of January 27, 2010, the Court hereby grants preliminary approval of the foregoing Stipulation of Amendment.

IT IS SO ORDERED.


Dated: _____     _____
                                  THE HONORABLE DAN A. POLSTER
                                  UNITED STATES DISTRICT JUDGE

- 4 -

LA: 633000v1
A/73384277.1
A/73384297.1