UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 JUN -1 PM 2:55

| | |
|---|---|
| JAMES GEMELAS, et al., ) | Case No. 1:08-cv-00236 |
| Plaintiffs, ) | |
| vs. ) | CLASS ACTION |
| THE DANNON COMPANY, INC., ) | |
| Defendant. ) | Judge ~~John P. O'Donnell~~ Polster |

## MOTION OF KENNETH E. NELSON
## TO APPEAR *PRO HAC VICE*

COMES NOW, attorney Kenneth E. Nelson ("Movant,") co-counsel for Class Member and Objector Denise Fairbank in this action, and hereby requests this Court's Order admitting Movant to appear in this action *pro hac vice*.

In support of this Motion, Movant submits the attached Exhibit A, which is an Affidavit certifying Movant is an active member in good standing of the Missouri state bar and numerous other bars, and has never been disbarred, suspended or reprimanded by any court, department, bureau or commission of any state of the United States

WHEREFORE Movant respectfully requests this Court's Orders (1) Granting Movant's Motion to *Appear Pro Hac Vice*, and (2) Admitting Movant to appear *pro hac vice*, and (3) such other and further relief as the Court deems just and appropriate.

Dated: May 27, 2010

Respectfully submitted,

Kenneth E. Nelson (Mo. Bar 31993)
Nelson Law Firm, P.C.
2900 City Center Square
1100 Main Street
Kansas City MO 64105
(816) 421-7225
(815) 842-6274 fax
kennelson@mclaw.com
Attorney for Objector Denise Fairbank

Page 1 of 2

## CERTIFICATE OF SERVICE

I certify that the original of the foregoing was mailed to the Clerk of the Court on May 27, 2010, with the understanding and belief that the same will be served electronically by the Clerk upon all parties to this action.

Kenneth E. Nelson