UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GEMELAS, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Case No. 1:08-cv-00236 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | JUDGE: DAN AARON |
| vs. | ) ) | POLSTER |
| THE DANNON COMPANY, INC., | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

1

Now comes Co-Counsel for STEVEN P. COPE ("Objector") Class Member to this action, by and through his counsel of record, and hereby moves that Darrell Palmer, a member of the Law Offices of Darrell Palmer, 603 North Highway 101, Suite A, Solana Beach, CA 92075, attorney-at-law who is admitted to practice in another jurisdiction as will be detailed in the accompanying Affidavit, be permitted to engage and participate in all aspects of this case, up to and including the final fairness hearing.

In addition to admission *pro hac vice*, Objector requests that this also constitute a notice of appearance in addition to the foregoing counsel. The attorney who is subject to this motion is fully qualified to practice before this Court and will abide by the rules of practice in the Northern District of Ohio for this matter.

It is respectfully moved by and on behalf of Objector and the alleged class that the additional counsel be admitted *pro hac vice* and his appearance be noted of record as co-counsel for Objector.

DATED: June 8, 2010      By: /s/ Edward F. Sigel
                              Edward F. Siegel
                              27600 Chagrin Blvd., Suite 340
                              Cleveland, OH 44122
                              Phone: (216) 831-3424
                              Fax: (216) 831-6584
                              Email: efsiegel@efs-law.com

                              Attorney for Objector Steven P. Cope

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2010, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Ohio Eastern Division by using the USDC CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

/s/ Edward F. Siegel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| JAMES GEMELAS, On Behalf of Himself and All Others Similarly Situated, ) ) | Case No. 1:08-cv-00236 |
| ) | CLASS ACTION |
| Plaintiff, ) ) | |
| ) | JUDGE: DAN AARON POLSTER |
| vs. ) ) | |
| THE DANNON COMPANY, INC., ) ) | |
| Defendant. ) ) | |

**AFFIDAVIT OF DARRELL PALMER IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

1

I, Darrell Palmer, being duly sworn upon oath, depose and say:

1. I am an attorney for Objector and Class Member Steven P. Cope in the above-referenced case. I make this Affidavit in support of a Motion for Admission of Counsel *pro hac vice* in this case.

2. Objector and Class Member Steven P. Cope has retained me and my firm to represent him in this matter.

3. I was admitted to practice in the United States District Court, Southern District of California on December 15, 1986. My California state bar number is 125147. I have never been the subject of disciplinary action of any kind before any bar or court. I am currently in good standing with the foregoing jurisdictions.

4. I am the owner of the Law Offices of Darrell Palmer located in Solana Beach, California at this time.

5. I have associated with Edward F. Siegel and his firm who will act as co-counsel in this matter. Mr. Siegel is a member of the Ohio bar and also admitted in the Bar of this Court.

6. I regularly represent individuals and classes of individuals in similar litigation in other federal courts. I am the attorney sought by the Objector in this case and good cause exists for this Court to admit me *pro hac vice.*

7. I acknowledge and agree that if I am admitted *pro hac vice* that I will submit to the rules of the Northern District of Ohio and the rules of discipline of this Court.

**FURTHER AFFIANT SAYETH NAUGHT.**

Darrell Palmer

Notary Seal:



M. MELTON
COMM. #1799326
Notary Public - California
San Diego County
My Comm. Expires May 27, 2012

2

State of California )
County of San Diego )

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

On June 2, 2010 before me, M. Melton,
(here insert name and title of the officer)
personally appeared Joseph Darrell Palmer
_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature M. Melton

M. MELTON
COMM. #1799326
Notary Public - California
San Diego County
My Comm. Expires May 27, 2012

(Seal)

──────────── OPTIONAL INFORMATION ────────────

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of Motion for Admission Po Hac Vice
containing 5 pages, and dated 6/2/10.

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____
                               Title(s)
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification
Proved to me on the basis of satisfactory evidence:
- ○ form(s) of identification  ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____  Entry # _____

Notary contact: _____

Other
- [ ] Additional Signer(s)  [ ] Signer(s) Thumbprint(s)
- [ ]

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Joseph Palmer was duly admitted to practice in said Court on 12/15/1986, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA

on April 27, 2010

W. SAMUEL HAMRICK, JR.
Clerk

By _____,
Deputy Clerk