# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GEMELAS, et al., | ) | Case No. 1:08 CV 236 |
| | ) | |
| Plaintiffs, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| THE DANNON CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

The Joint Request of Objectors Denise Fairbank, etc. for an Extension of Time to File an Application for Attorneys' Fees and Incentive Fees (ECF No. 75) is hereby **DENIED**. These Objectors shall file an attorney fee petition reflecting rates and hours expended and up to this date no later than July 15, 2010.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Dan A. Polster     July 9, 2010*
　　　　　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**