# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES GEMELAS, et al, | Case No. 1:08-cv-00236 |
| Plaintiff, | |
| | **JUDGE DAN AARON POLSTER** |
| vs. | |
| | **CLASS ACTION** |
| THE DANNON COMPANY, Inc., | |
| Defendant. | |

## NOTICE OF APPEAL

Objectors Robert Faulkner, Wanda Cochran, Grace M. Cannata, Danette Loeffler and Brad Henry, hereby Appeal to the US Court of Appeals, for the 6th Circuit: The ***JUDGMENT, GENERAL ORDER AND DECREE*** entered and filed by Judge Dan A. Polster on June 24, 2010.

**RESPECTFULLY SUBMITTED:**

/s/ Francis E. Sweeney, Jr.
**Francis E. Sweeney, Jr., Esq. (0058723)**
**Francis E. Sweeney, Jr., Esq., LLC**
323 Lakeside Avenue, N.W., Suite 450
Warehouse District
Cleveland, Ohio 44113
216.928.9288
216.928.9289-f,

**EDWARD W. COCHRAN (0032942)**
20030 Marchmont Road
Shaker Heights, Ohio 44122
216-751-5546 Voice
216-751-6630 Fax
Edwardcochran@wowway.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed with the Court's electronic system on this 22nd day of July, 2010 and was by such system filed on all other counsel of record.

By: /s/ Francis E. Sweeny, Jr.