## IN THE UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **James Gemelas, On Behalf of Himself** | : | |
| **And All Others Similarly Situated,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:08-cv-00236 |
| | : | |
| v. | : | Judge Dan Aaron Polster |
| | : | |
| **The Dannon Company, Inc.,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL TO THE SIXTH CIRCUIT
## COURT OF APPEALS BY OBJECTOR JAMES WILSON

Notice is hereby given that James Wilson, non-named member of the plaintiff class, appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment, Final Order and Decree entered in this case on June 24, 2010.  Pursuant to Fed.R.App.P. 3(a)(1) sufficient copies of this notice have been provided to enable the clerk to comply with Rule 3(d).

Respectfully submitted.

/s/ Charles H. Cooper, Jr.
Charles H. Cooper, Jr., Trial Attorney   (0037295)
Rex H. Elliott                                           (0054054)
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio  43221
(614) 481-6000
(614) 481-6001 (Facsimile)

Attorneys for Objector James Wilson

-2-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appeal was filed electronically and was by such system served on all other counsel of record, this 23rd day of July, 2010.

/s/ Charles H. Cooper, Jr.