Honorable: Dan A. Polster

UNITED STATES DISTRICT COURT
NORTHERN DISTIRCT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re **JAMES GEMELAS, On Behalf Of Himself and All Others Similarly Situation**<br>Plaintiff | § § § § | Case No. 1:08-cv-00236 |
| Vs | § § § | |
| **THE DANNON COMPANY, INC.,**<br>Defendant | § § § | NOTICE OF APPEAL |

### OBJECTOR AND CLASS MEMBER CLYDE FARREL PADGETT'S NOTICE OF APPEAL

Pursuant to FED. R. APP. P. 3(a)(1), notice is hereby given that Objector and Class Member Clyde Farrel Padgett ("Padgett") appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Final Judgment and Order Approving Class Action Settlement entered June 24, 2010 (the "Order Approving Settlement") approving the proposed Class Action Settlement Agreement. The Final Judgment was made final and appealable when it was entered on June 24, 2010.

Respectfully submitted,

Clyde F. Padgett, Class Member, Pro se
910 McGregor Street
Lufkin, TX 75901
(936) 676-8296
(936) 639-2769

**OBJECTOR AND CLASS MEMBER CLYDE FARREL PADGETT'S NOTICE OF APPEAL - 1**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served on all attorneys of record in the above entitled and numbered cause the 22nd day of July, 2010, via U.S. Mail:

Plaintiff's Counsel

Timothy G. Blood
Blood Hurst & O'Reardon LLP
600 "B" Street, Suite 1550
San Diego, CA 92101

Defendants Counsel

Angel Garganta, Beth H. Parker
Arnold & Porter LLP
275 Battery Street, Suite 2700
San Francisco, CA 94111

_____
Clyde F. Padgett