UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GEMELAS, On Behalf of Himself and Others Similarly Situated, | ) ) ) | Case No. 1:08 CV 236 |
| Plaintiffs, | ) ) | Judge Dan Aaron Polster |
| vs. | ) ) ) | **SCHEDULING ORDER** |
| THE DANNON CO., INC., | ) ) | |
| Defendant. | ) | |

In light of the numerous appeals filed by objectors (Doc ##: 78, 79, 80), the Motion for Bond to Secure Payment of Costs and Attorneys Fees on Appeal (Doc #: 87), and other motions and briefs filed post-judgment, the Court hereby **SCHEDULES** a conference to address these matters at **2:00 p.m. Eastern Time on Tuesday, August 17, 2010**.

As such, the Court hereby **ORDERS** at least one member of Plaintiffs' class counsel, at least one member of Dannon's counsel, counsel for the appealing objectors, and Clyde Farrel Padgett who is proceeding *pro se*, to appear **IN PERSON** for the conference in the courtroom of Judge Dan A. Polster, Room 18B of the Carl B. Stokes U.S. Court House, 800 W. Superior Avenue, Cleveland, Ohio 44113.

The Court **will not entertain** any requests to change this date or time, or to excuse anyone's personal appearance.

**IT IS SO ORDERED.**

                                            */s/ Dan A. Polster     August 12, 2010*
                                            **Dan Aaron Polster**
                                            **United States District Judge**