UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES GEMELAS, On Behalf of Himself and All Others Similarly Situated, | No. CV-08-236 |
| Plaintiff, | CLASS ACTION |
| v. | JUDGE DAN A. POLSTER |
| THE DANNON COMPANY, INC., | |
| Defendant. | |

AGREED ORDER PERMITTING DISTRIBUTION OF PAYMENTS
TO OBJECTORS FROM THE SETTLEMENT FUND

BLOOD HURST & O'REARDON LLP
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II
600 B Street, Suite 1550
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)

PISCITELLI LAW FIRM
FRANK E. PISCITELLI, JR.
55 Public Square, Suite 1950
Cleveland, OH  44113
Telephone:  216/931-7000
216/931-9925 (fax)

CLIMACO, WILCOX, PECA, TARANTINO
  & GAROFOLI CO., L.P.A.
JOHN R. CLIMACO
PATRICK G. WARNER
55 Public Square, Suite 1950
Cleveland, OH  44113
Telephone:  216/621-8484
216/771-1632 (fax)
SCOTT KALISH CO., L.L.C.
D. SCOTT KALISH
1468 West 9th Street, Suite 405
Cleveland, OH  44113
Telephone:  216/502-0570
scottkalishcollc@cs.com

[Additional Counsel Appear on Signature Page.]

The Plaintiff Class, The Dannon Company, Inc. and Objectors Robert Falkner, Wanda Cochran, Grace M. Cannata, Danette Loeffler, Brad Henry, and Sheila Lodwick, represented by Edward Cochran, Edward Siegel, Francis E. Sweeney, Jr. and Sam Cannata ("Cochran Objectors"); Denise Fairbank represented by Kenneth Nelson and Edward Siegel ("Nelson Objectors"); Steven Cope, represented by Darrell Palmer and Edward Siegel ("Palmer Objectors"); Clyde F. Padgett, *pro se* ("Objector Padgett");  James Wilson represented by Charles H. Cooper, Jr. ("Cooper Objector"); Paul Rothstein and his client or clients  ("Rothenstein Objector"); and Albert Bacharach and his client or clients ("Bacharach Objector") (collectively referred to as "The Objectors") have agreed to enter into settlement agreements which will include the following terms and conditions:

1. Attorneys Edward Cochran and Francis Sweeney agree they will immediately dismiss and abandon Court of Appeals Case No. 10-03933;

2. Attorney James Wilson agrees he will immediately dismiss and abandon Court of Appeals Case No. 10-3934;

3. Objector Clyde F. Padgett agrees he will immediately dismiss and abandon Court of Appeals Case No. 10-3935;

4. The Objectors agree to withdraw all Motions for Fees;

5. The Objectors agree that there will be no further objections, motions, actions, appeals, or any other proceedings of any kind filed or maintained by or on behalf of The Objectors collectively or individually by the Cochran Objectors, the Palmer Objectors, the Cooper Objectors, the Nelson Objectors, the Rothstein Objectors, the Bacharach Objectors and the Objector Padgett.

6. Payment will be made to The Objectors thirty (30) days after the (i) Effective Date as defined in the Amended  Stipulation of Settlement between the Class and Dannon and (ii) there is no further activity or right to file in the appellate courts;

7. The Objectors agree that if an appellate court issues an opinion in *Gemelas v. Dannon Company, Inc.*, The Objectors and their Counsel will not receive any payment under

the terms of the settlement agreements; and

8. Nothing in the settlement agreements shall be deemed to be (i) an admission or acknowledgement by any party hereto of any right, claim or interest in this case except as expressly stated therein or (ii) a modification of the final judgment.

Subject to the final executed settlement agreements and to the foregoing terms and conditions, the Court hereby approves the withdrawal of the objections and orders that any payments pursuant to these settlement agreements may be paid out of the Settlement Fund, as that term is defined in §II.A.(25) of the Amended Stipulation of Settlement, filed January 20, 2010, in accordance with §IV.A.(2)(d) of the Amended Stipulation of Settlement, as requested by the Cochran Objectors, Nelson Objectors, Palmer Objectors, Rothstein Objectors, Bacharach Objectors and Objector Padgett.

IT IS SO ORDERED.

DATED:

THE HONORABLE DAN A. POLSTER
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

00021825                                                      2

DATED:  September  16, 2010

CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI CO., L.P.A.

s/John R. Climaco
JOHN R. CLIMACO
PATRICK G. WARNER
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: 216/621-8484
jrclim@climacolaw.com
sdsimp@climacolaw.com
pwarn@climacolaw.com


BLOOD HURST & O'REARDON LLP
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II
600 B Street, Suite 1550
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com


PISCITELLI LAW FIRM
FRANK E. PISCITELLI, JR.
55 Public Square, Suite 1950
Cleveland, OH  44113
Telephone:  216/931-7000
216/931-9925 (fax)
frank@feplaw.com

SCOTT KALISH CO., L.L.C.
D. SCOTT KALISH
1468 West 9th Street, Suite 405
Cleveland, OH  44113
Telephone:  216/502-0570
scottkalishcollc@cs.com

00021825

3

ROBBINS GELLER RUDMAN
 & DOWD LLP
CULLIN A. O'BRIEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
cobrien@rgrdlaw.com


LAW OFFICE OF JONATHAN M. STEIN
JONATHAN M. STEIN
102 E. Palmetto Park Road, Suite 420
Boca Raton, FL  33432
Telephone:  561/961-2244
561/750-5964 (fax)
jstein@jonathansteinlaw.com

SHEPHERD FINKELMAN MILLER
 & SHAH, LLP
JAYNE A. GOLDSTEIN
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:  954/515-0123
954/515-0124 (fax)
jgoldstein@sfmslaw.com

GILMAN AND PASTOR, LLP
DAVID PASTOR
63 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Telephone:  617/742-9700
617/742-9701 (fax)
dpastor@gilmanpastor.com

CUNEO GILBERT & LaDUCA, L.L.P.
JONATHAN W. CUNEO
PAMELA GILBERT
507 C Street, N.E.
Washington, DC  20002
Telephone:  202/789-3960
202/789-1813 (fax)
jonc@cuneolaw.com
pamelag@cuneolaw.com

00021825

4

EMERSON POYNTER LLP
SCOTT E. POYNTER
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201
Telephone:  501/907-2555
501/907-2556( fax)
scott@emersonpoynter.com


Attorneys for Plaintiff


DATED:  September 16, 2010                ULMER & BERNE
MICHAEL N. UNGAR
DAVID D. YEAGLEY


s/David D. Yeagley
DAVID D. YEAGLEY

1100 Skylight Office Tower
1600 West Second Street
Cleveland, OH  44113
Telephone:  216/583-7216
216/583-7217 (fax)
BINGHAM McCUTCHEN LLP
BRUCE A. FRIEDMAN
GINA M. SIMAS
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone:  310/907-1000
310/907-2000 (fax)

ARNOLD & PORTER LLP
ANGEL A. GARGANTA
TRENTON H. NORRIS
BETH H. PARKER
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: 415/356-3000
415/356-3099 (fax)

Attorneys for Defendant


00021825                                               5

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED:  _____, 2010                  CLIMACO, WILCOX, PECA, TARANTINO &
                                     GAROFOLI CO., L.P.A.

                                     By:            s/John R. Climaco
                                     _____
                                              JOHN R. CLIMACO

CERTIFICATE OF SERVICE

I hereby certify that on ____, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CF/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on ____, 2010.

s/John R. Climaco
JOHN R. CLIMACO

CLIMACO, WILCOX, PECA, TARANTINO &
GAROFOLI, CO., LLP
55 Public Square, Suite 1950
Cleveland, Ohio 44ll3
Telephone: 216/621-8484
Telefax:  216/771-1632
jrclim@climacolaw.com

00021825

7