UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GEMELAS, et al., | ) | Case No. 1:08-cv-00236 |
| Plaintiffs, | ) | |
| vs. | ) | <u>CLASS ACTION</u> |
| THE DANNON COMPANY, INC., | ) | |
| Defendant. | ) | Judge Dan Aaron Polster |

### NOTICE OF WITHDRAWAL

COME NOW Objectors Robert Falkner, Wanda Cochran, Grace M. Cannata, Danette Loeffler, Brad Henry, and Sheila Lodwick represented by Edward Cochran, Edward Siegel and Sam Cannata ("Cochran Objectors") Denise Fairbank represented by Kenneth Nelson and Edward Siegel ("Nelson Objector") and Steven Cope represented by Darrell Palmer and Edward Siegel ("Palmer Objector") (collectively referred to herein as "Objectors") and hereby notify this Honorable Court that they hereby withdraw their Motion for Attorneys Fees and Incentive Fees filed on or about July 15, 2010, Docket no.77.

Respectfully submitted,

 /s/ Edward F. Siegel
Edward F. Siegel (Ohio Bar 0012912) 27600 Chagrin Blvd., Suite 340
Cleveland OH 44122
(216) 831-3424
(216) 831-6584 fax
efsiegel@efs-law.com

### **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed with the Court's electronic system on this 15th day of July, 2010 and was by such system filed on all other counsel of record.

By: /s/ Edward F. Siegel

Case: 1:08-cv-00236-DAP Doc #: 100 Filed: 10/07/10 2 of 2. PageID #: 1858