...

Case No. 10-3933

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JAMES GEMELAS

    Plaintiff

and

ROBERT FAULKNER; WANDA COCHRAN; GRACE M. CANNATA; DANETTE LOEFFLER; BRAD HENRY

    Appellants

v.

THE DANNON COMPANY, INC.

    Defendant - Appellee

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
**RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: October 12, 2010