Case No. 10-3934

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

1:08cv236
OAP

JAMES GEMELAS

    Plaintiff

and

JAMES WILSON

    Appellant

v.

THE DANNON COMPANY, INC.

    Defendant - Appellee

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: October 12, 2010