UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| JAMES GEMELAS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE DANNON COMPANY, INC.,<br><br>Defendant. | No. 1:08-cv-00236<br><br>CLASS ACTION<br><br>Judge Dan Aaron Polster |

STIPULATION AND [PROPOSED] ORDER

AMENDING DATE OF COMPLIANCE

- 2 -

The parties submit this Stipulation and [Proposed] Order to the Court to amend Paragraph IV.B of the Amended Stipulation to extend the date by which Dannon must make changes to its advertising and labeling of Activia® branded products and DanActive® branded products.

WHEREAS, on June 24, 2010, the Court approved the Judgment, Final Order and Decree, which approved the Amended Stipulation of Settlement dated January 21, 2010, as amended on May 24, 2010,

WHEREAS, Paragraph IV.B of the Amended Stipulation requires Dannon to make certain changes to its advertising and labeling of Activia branded products and DanActive branded products within 120 days after the Effective Date,

WHEREAS, the Effective Date was October 12, 2010, so under the terms of the Amended Stipulation of Settlement, Dannon would need to make those changes no later than February 12, 2011,

WHEREAS, Paragraph IV.B(3)(a) of the Amended Stipulation, as amended, provides that "No term or provision of this Agreement shall be in effect or otherwise enforceable against Defendant if such term or provision is in conflict or inconsistent with a Consent Decree, judicial decree, Closing Letter or other memorialized understanding between Defendant and the Federal Trade Commission (FTC), any state Attorneys General, or other state consumer protection agency (collectively "Government Entity"), relating to the advertising or promotion of the Products, it being understood by the Parties that in such conflicting circumstances the equitable relief obtained by the Government Entity shall govern and Defendant shall be required to comply therewith. In the event the parties dispute whether there is such a conflict or inconsistency, such dispute shall be resolved by the Court upon application by either party."

WHEREAS, Dannon has agreed with the FTC as well as certain state Attorneys Generals to make changes to its advertising and labeling of Activia® branded products and DanActive®

branded products. Those agreements implicate Paragraph IV.B(3)(a) of the Amended Stipulation,

WHEREAS, due to the logistical complexity of making advertising and labeling changes to its products, Dannon would like to amend Paragraph IV.B of the Amended Stipulation so that Dannon need only make one set of changes to its advertising and labeling that will conform to the requirements of the Class Action, the FTC Agreement Containing Consent Order and the Consent Judgments with the various state Attorneys Generals.

THEREFOR, the parties propose to amend the first sentence of Paragraph IV.B of the Amended Stipulation of Settlement to read: "Defendant agrees to make the following changes to its advertising and labeling no later than April 15, 2011."

DATED: December 21, 2010

BLOOD HURST & O'REARDON LLP
Timothy G. Blood
600 B Street, Suite 1550
San Diego, CA 92101
Tel: 619-338-1100
Fax: 619-338-1101
tblood@bholaw.com

*Timothy G. Blood / by David D. [Yeary] per consent*

TIMOTHY G. BLOOD
Attorneys for Plaintiffs

LAW OFFICE OF JONATHAN M. STEIN, P.L.
Jonathan M. Stein
120 East Palmetto Park Road, Suite 420
Boca Raton, FL 33432
Tel: 561-961-2244
jstein@jonathansteinlaw.com

ROBBINS, GELLER, RUDMAN
  & DOWD LLP
Cullin O'Brien
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: 561-750-3000
Fax: 561-750-3364
cobrien@rgrdlaw.com

|  |  |
|---|---|
|  | THE CLIMACO LAW FIRM<br>John R. Climaco<br>Scott D. Simpkins<br>David M. Cuppage<br>Jennifer L. Gardner<br>55 Public Square, Suite 1950<br>Cleveland, OH  44113<br>Tel:  216-621-8484<br>Fax: 216-771-1632<br>jrclim@climacolaw.com<br>sdsimp@climacolaw.com<br>dmcupp@climacolaw.com<br>jlgard@climacolaw.com |
| DATED: December 21, 2010 | ULMER & BERNE LLP<br>Michael N. Ungar<br>David D. Yeagley<br>Skylight Office Tower<br>1660 W. 2nd Street, Suite 1100<br>Cleveland, Ohio 44113<br>Tel:  (216) 583-7000<br>Fax: (216) 583-7001<br>mungar@ulmer.com<br>dyeagley@ulmer.com<br><br>_____<br>DAVID D. YEAGLEY<br>Attorneys for Defendant<br>THE DANNON COMPANY, INC. |

- 5 -

ARNOLD & PORTER LLP
Angel A. Garganta, *pro hac vice*
Beth H. Parker, *pro hac vice*
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Tel: (415) 356-3000
Fax: (415) 356-3099
angel.garganta@aporter.com
beth.parker@aporter.com

BINGHAM MCCUTCHEN LLC
Bruce A. Friedman, *pro hac vice*
1620 26th Street, 4th Floor
Santa Monica, CA 90404
Tel: 310-907-1000
Fax: 310-907-2000
bruce.friedman@bingham.com

IT IS SO ORDERED.

DATED: __1/11/11_____    ___/s/Dan Aaron Polster_____
                              THE HONORABLE DAN A. POLSTER
                              UNITED STATES DISTRICT JUDGE