UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GEMELAS, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 1:08-cv-00236 |
| Plaintiff, | ) ) ) | CLASS ACTION<br><br>Judge Dan Aaron Polster |
| vs. | ) ) | |
| THE DANNON COMPANY, INC., | ) ) | |
| Defendant. | ) ) ) | |

SUPPLEMENTAL DECLARATION OF JONATHAN M. STEIN IN SUPPORT OF
PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
REIMBURSEMENT OF EXPENSES

I, Jonathan M. Stein, declare as follows:

1.      I am the Managing Member of the Law Office of Jonathan M. Stein, P.L.  I am one of the attorneys representing the plaintiffs and Class members in the above-entitled action.  I am submitting this supplemental declaration in support of my firm's application for an award of attorney's fees and reimbursement in connection with services rendered in the above-entitled action since August 1, 2010.

2.      Prior to starting my own firm on August 1, 2010, I was appointed as one of the Class Counsel in this matter.  I have continued to work on this case from that date forward.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      I was intimately involved in all aspects of the prosecution of this action by conducting legal and factual research prior to filing the complaint, drafting of the complaint, drafting and editing briefs, participating in and overseeing document review and discovery, participating in expert and expert-related discovery, assisting in pre-trial planning and strategy, and attending motion hearings, status conferences and mediation sessions.

5.      The total number of hours spent on this litigation by my firm from August 1, 2010 through June 1, 2011 is 85.50 hours.  The total lodestar amount for attorney/professional time based on the firm's rate is $53,437.50.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our class action cases.  A breakdown of the lodestar is as follow:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Stein, Jonathan | 85.50 | $625.00 | $53,437.50 |

6.      My firm incurred a total of $377.22 in expenses in connection with the prosecution of this litigation from August 1, 2010 through June 1, 2011.  They are broken down as follows:

- 1 -

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Hotels, Meals, Transportation | $377.22 |
| **TOTAL** | **$377.22** |

7.      The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 1st day of June, 2011, at Boca Raton, Florida.


_____
JONATHAN M. STEIN