

**Who We Are**

Feeding America provides food and groceries to people at risk of hunger in every community in the U.S.

Food and funds sourced by Feeding America move from our national office to 202 Food Banks, which function as giant warehouses. The food banks, in turn, distribute the food and groceries to more than 61,000 agencies – food pantries, soup kitchens, Kids Cafes and other emergency food programs.

Approximately 5.7 million Americans are fed by Feeding America every week.

Feeding America is the nation's largest domestic hunger-relief charity, providing food to more than 37 million Americans each year, including 14 million children and 3 million seniors.

The Feeding America network of food banks distributed a combined total of more than 3 billion pounds of food and groceries in FY 2010 (The fiscal year ended June 30, 2010.)

**Who We Help**

50 million Americans do not always know where they will find their next meal, according to figures released by the USDA in November, 2010.

In other words, 1 in 6 Americans is at risk of hunger.

There are 10 million children under the age of 6 living in food insecure households.

Feeding America believes that no one should live without access to adequate amounts of food to sustain a healthy life.

National Office
35 E. Wacker Drive
Suite 2000
Chicago, IL 60601

tel 312.263.2303
fax 312.263.5626
feedingamerica.org

Last Modified: 1.14.12